# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**EDWARD EUGENE CADE**                                             **PETITIONER**

v.                **CASE NO. 2:16-CV-00131 BSM**

**C.V. RIVERA, Warden,**
**FCC Forrest City, Arkansas**                                       **RESPONDENT**

## ORDER

The proposed findings and recommendations [Doc. No. 18] from United States Magistrate Judge Patricia S. Harris have been received. Petitioner Edward Cade has filed his objections [Doc. No. 21]. Upon *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Cade's petition for a writ of *habeas corpus* is dismissed without prejudice for lack of subject matter jurisdiction, and the requested relief is denied. Cade must petition the United States Court of Appeals for the Fifth Circuit for permission to file a successive petition under 28 U.S.C. 2255(h)(2).

IT IS SO ORDERED this 1st day of June 2017.

_____
UNITED STATES DISTRICT JUDGE